UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARRELL GIPSON

v.

LIEUTENANT LITTLE, et al.

PRISONER
Case No. 3:03cv629 (SRU)

FILED
2004 FEB 11  P 3: 20

## ORDER OF DISMISSAL

Plaintiff, Darrell Gipson ("Gipson"), was confined at the Osborn Correctional Institution in Somers, Connecticut, at the time he commenced this action. On July 8, 2003, the Connecticut Department of Correction informed the court that Gipson was no longer incarcerated. To date, Gipson has not contacted the court to provide an updated address as is required by local court rules. See D. Conn. L. Civ. R. 83.1(c)2 (requiring a *pro se* party to provide an address within this district at which service may be made upon him).

Also, on May 1, 2003, the court ordered Gipson to file an amended complaint in this case. On May 28, 2003, the court granted Gipson an extension of time until June 15, 2003, to respond to the order. To date, however, Gipson has neither filed an amended complaint nor sought a further extension of time.

Accordingly, this case is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with the court's order and rules and failure to prosecute this case. Any motion to reopen this case shall demonstrate good cause for failing to comply with the court's order and shall be accompanied by the required amended complaint and a current address.

**SO ORDERED** at Bridgeport, Connecticut, this 11th day of February 2004.

Stefan R. Underhill
United States District Judge